UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of Action Watersports of Incline Village, LLC, as the owner of the vessel Sierra Cloud, official number 950488, for Exoneration or Limitation of Liability. | No. 2:21-cv-00042-KJM-JDP<br><br>**ORDER** |

On January 22, 2021, the court denied without prejudice plaintiff's the ex parte application and ordered plaintiff to show cause why this action should not be dismissed or transferred to the United States District for the District of Nevada. ECF No. 8. Plaintiff timely responded requesting for this court to transfer the matter to the United States District Court for the District of Nevada. ECF No. 9. Accordingly, the court's Order to Show Cause is DISCHARGED, and the clerk's office is directed to TRANSFER this case to the United States District Court for the District of Nevada.

IT IS SO ORDERED.

DATED: February 1, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

1